United States Courts
Southern District of Texas
ENTERED

SEP 1 2 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST MORALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-3401 |
| | § | |
| | § | |
| ACADIA ELASTOMERS CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

This court CANCELS the joint pretrial order deadline of September 16, 2005, and the docket call setting for September 30, 2005, pending the ruling on the motion for summary judgment. The joint pretrial order filing deadline and date for docket call will be reset, if appropriate, after the motion is resolved.

SIGNED on September 9, 2005, at Houston, Texas.

Lee H. Rosenthal
United States District Judge